**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dwayne Arnett TOOMER,
Defendant–Appellant.**

No. 07–11491
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 12, 2009.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff-Appellee.

Dwayne Arnett Toomer, Estill, SC, pro se.

Before EDMONDSON, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Kirby G. Oberdorfer, appointed counsel for Dwayne Arnett Toomer, has moved to withdraw from further representation of the appellant, because, in her opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Toomer's conviction and sentence are **AFFIRMED**.